1152

No. 00–1083. GOLDSTEIN v. CHESTNUT RIDGE VOLUNTEER FIRE COMPANY ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–1088. LEMKE v. INTERNATIONAL TOTAL SERVICES, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–1090. ALEMAN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 00–1093. BRANDON v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 00–1094. PALMER ET UX. v. DUFF ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–1096. BORDON ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–1097. BROOKS v. CITY OF OAK RIDGE. C. A. 6th Cir. Certiorari denied.

No. 00–1098. BEVERLEY v. OTO, EXECUTOR OF THE ESTATE OF OTO, DECEASED. C. A. 7th Cir. Certiorari denied.

No. 00–1101. MITCHELL v. CHAPMAN. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 00–1104. STEPHENSON v. RASKAS DAIRY, INC. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 00–1105. YOUNGBLOOD, INDIVIDUALLY AND ON BEHALF OF YOUNGBLOOD & ASSOCIATES P. L. L. C. v. PRUDENTIAL INSURANCE COMPANY OF AMERICA ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–1113. BROWN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–1114. CHAPMAN ET AL. v. PIRIE, ACTING SECRETARY OF THE NAVY. C. A. 4th Cir. Certiorari denied.